

# NUMBER 13-22-00103-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE NAVNEET KAUR NANUA

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Order Per Curiam**

On March 17, 2022, relator Navneet Kaur Nanua filed a petition for writ of mandamus with a request for emergency relief in the above-referenced cause. By one issue, relator contends that the trial court erred by failing to timely hold a hearing on relator's applications for protective order. By request for emergency relief, relator seeks to stay the trial court's "Interim Orders on Children's Travel to Texas for Spring Break," signed on March 15, 2022.

The Court, having examined and fully considered the request for emergency relief and the response thereto filed by Harjap Nanva, is of the opinion that it should be granted. Accordingly, we grant the request for emergency relief, and we order the trial court's "Interim Orders on Children's Travel to Texas for Spring Break," signed on March 15, 2022, to be stayed pending further order of this Court, or until this case is finally decided. *See* TEX. R. APP. P. 52.10(b).

The Court requests that the real party in interest, Harjap Nanva, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten (10) days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
18th day of March, 2022.